CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RHR
JUL 12 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CLAUDE LINDEN ROSE, ) | |
|     Petitioner, ) | Civil Action No. 7:07cv00003 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JACK LEE, Superintendant, ) | |
| Middle River Regional Jail, ) | By: Hon. Jackson L. Kiser |
|     Respondent. ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Rose's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

    **ENTER:**    This 12th day of July, 2007.

    /s/ Jackson L. Kiser
    Senior U.S. District Judge